NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOUTHWESTERN MANAGEMENT, INC.,**
*Appellant*

**v.**

**OCINOMLED, LTD., EMERIL'S FOOD OF LOVE PRODUCTIONS, LLC,**
*Appellees*

---

2015-1939

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 94002242.

---

**JUDGMENT**

---

ROBERT E. PURCELL, The Law Office of Robert E. Purcell, PLLC, Syracuse, NY, argued for appellant.

DICKERSON MARTIN DOWNING, Law Offices of Dickerson M. Downing, Stamford, CT, argued for appellee Ocinomled, Ltd.

DEBORAH KATHARINE SQUIERS, Cowan, Liebowitz & Latman, P.C., New York, NY, argued for appellee Emeril's

Food of Love Productions, LLC. Also represented by LYNN S. FRUCHTER, RICHARD MANDEL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  June 15, 2016  
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court